# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL E. WILLIAMS,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA OFFICE<br>OF FLEET MANAGEMENT,<br>*Defendant* | : | No. 18-3875 |

## ORDER

**AND NOW**, this 6th day of April, 2020, upon consideration of Defendant City of Philadelphia Office of Fleet Management's Motion for Summary Judgment (Doc. No. 19) and Plaintiff's response thereto (Doc. No. 20), it is **ORDERED** that the Motion for Summary Judgment (Doc. No. 19) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**